UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DERRICK SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20-cv-00060-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| USP BIG SANDY, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Complaint [R. 8] is **DISMISSED WITHOUT PREJUDICE**.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 6th day of July, 2020.

Gregory F. Van Tatenhove
United States District Judge